**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALIKI POFAHL** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-3069** |
| | : | |
| **POWER HOME REMODELING GROUP LLC** | : | |
| | : | |

**ORDER**

This 15th day of October, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration, ECF No. 9, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge